JILL ELAINE PETERSEN, a minor, by LOUISE PETERSEN, as her next friend; WAYNE A. PETERSEN and LOUISE PETERSEN, Plaintiffs-Appellants, *v.* CITY AND COUNTY OF HONOLULU, a municipal corporation, Defendant-Appellee

No. 5113

May 1, 1972

RICHARDSON, C.J., MARUMOTO, ABE,
LEVINSON AND KOBAYASHI, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

Levinson, J., and Richardson, C.J., having dissented from the opinion of the court, do not concur.

*Meyer C. Symonds* (*Bouslog & Symonds* of counsel) for the petition.